# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN R. BLYSTONE,** *et al.* | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | **NO. 18-1165** |
| **v.** | : | |
| | : | |
| **OWENS ILLINOIS, INC.,** *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 22nd day of January 2020, upon consideration of the *motion for summary judgment* filed by Defendant DAP, Inc. ("Defendant"), [ECF 81], Plaintiffs' opposition thereto, [ECF 88], and Defendant's reply, [ECF 92], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion is **GRANTED**, and **JUDGMENT** is entered in favor of Defendant and against Plaintiffs.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*